Ronald E. Stadtmueller, Chapter 13 Trustee        Check No. 630022
Pay to: CLERK  Clerk of the Court

### NOTICE TO DEPOSIT FUNDS

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 01-63126 | 013-0 | BRIAN K ADAIR<br>Original Check written to:<br>DARR EQUIPMENT CO.<br>P. O. BOX 970455<br>DALLAS, TX  75397 | 5195 | 8,026.80 | 94.01 | 0.00 | 94.01 |
| 01-63126 | 026-0 | BRIAN K ADAIR<br>Original Check written to:<br>DARR EQUIPMENT CO.<br>P. O. BOX 970455<br>DALLAS, TX  75397 | 8100 | 1,666.12 | 19.52 | 0.00 | 19.52 |
| 02-11287 | 030-0 | STEVEN KYLE MESSER<br>Original Check written to:<br>WELLS FARGO & COMPAMY<br>P.O. BOX 14542<br>DES MOINES, IA  50306 | 6215 | 0.00 | 31.61 | 0.00 | 31.61 |
| 02-63217 | 028-1 | GUY WILLIAM EDGMON<br>Original Check written to:<br>ASSOCIATES COMMERCIAL CORP<br>P O BOX 141029<br>IRVING, TX  75014 | 2036 | 29,858.20 | 806.49 | 0.00 | 806.49 |
| 04-61681 | 002-0 | AMBER BYNUM<br>Original Check written to:<br>DR KATHAPALLI RAO MD<br>RETAIL MERCHANTS<br>3830 HWY 365<br>PORT ARTHUR, TX  77642 | 8295 | 116.70 | 402.26 | 0.00 | 402.26 |